UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH FUND,
WISCONSIN MASONS APPRENTICESHIP AND
TRAINING FUND, BRICKLAYERS AND ALLIED
CRAFTWORKERS DISTRICT COUNCIL OF WISCONSIN,
BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND,
INTERNATIONAL MASONRY INSTITUTE FUND,
INTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFTWORKERS and
TIMOTHY IHLENFELD,

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS
APPRENTICESHIP & JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
CONTRACT ADMINISTRATION FUND,
NORTHERN WISCONSIN REGIONAL
COUNCIL OF CARPENTERS,
and BRIAN GENTRY,

        Plaintiffs,

                                        Case No. 06-C-211

  vs.

GREAT LAKES SPECIALTY CONTRACTORS, INC.,

        Defendant.

---

### ORDER FOR JUDGMENT

---

      Motions for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and subsequently filed with the Clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant Great Lakes Specialty Contractors, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

2. Defendant Great Lakes Specialty Contractors, Inc. violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff Fund.

3. The court assesses the total damages to the plaintiffs in the sum of $108,035.78.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs, Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, Contract Administration Fund, Northern Wisconsin Regional Council of Carpenters, and Brian Gentry,, and against defendant Great Lakes Specialty Contractors, Inc. in the amount of $108,035.78 together with plaintiffs' taxable costs and interest.

Dated this   1st   day of May, 2006.

> BY THE COURT
>
> s/ William C. Griesbach
> William C. Griesbach
> U. S. District Court Judge