UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH FUND,
WISCONSIN MASONS APPRENTICESHIP AND
TRAINING FUND, BRICKLAYERS AND ALLIED
CRAFTWORKERS DISTRICT COUNCIL OF WISCONSIN,
BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND,
INTERNATIONAL MASONRY INSTITUTE FUND,
INTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFTWORKERS and
TIMOTHY IHLENFELD,

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS
APPRENTICESHIP & JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
CONTRACT ADMINISTRATION FUND,
NORTHERN WISCONSIN REGIONAL
COUNCIL OF CARPENTERS,
and BRIAN GENTRY,

    Plaintiffs,

                      Case No. 06-C-211

 vs.

GREAT LAKES SPECIALTY CONTRACTORS, INC.,

    Defendant.

---

**ENTRY OF JUDGMENT ON THE DECISION BY THE COURT**

---

  This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, Contract Administration Fund, Northern Wisconsin Regional Council of Carpenters, and Brian Gentry, recover from the defendant Great Lakes Specialty Contractors, Inc. the sum of $108,035.78, with interest thereon at the rate that is provided by law.

Dated at Green Bay, Wisconsin, this  1st  day of May, 2006

.

                                                       SOFRON NEDILSKY
                                                       Clerk of Court

                                                       By: s/ Mary Fisher
                                                     Deputy Clerk

Approved as to form this  1st  day of May, 2006.

s/ William C. Griesbach
William C. Griesbach
U. S. District Court Judge